IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GREGORY D. CORK, | Civil File No. 4:12-cv-00172-REL |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: February 14, 2012   By  /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF