IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GREGORY D. CORK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-0172-CV-W-REL |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

Pursuant to plaintiff's notice of voluntary dismissal with prejudice, it is

ORDERED that this case is dismissed with prejudice.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
February 14 , 2012